IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

DEVON MAE WITRYK

_____/

UNDER SEAL
CASE NUMBER:

3:25cr196-MCR

## MOTION REQUESTING AN ORDER SEALING THE INDICTMENT

The United States of America requests this Court to issue an Order sealing the Indictment returned by the Grand Jury in this case, and in support of this Motion states as follows:

1. The Defendant is currently on bond and pretrial release with the state, but he has no knowledge of the federal Indictment. The public revelation of the Indictment could severely hamper law enforcement's ability to locate and apprehend the Defendant to answer the charges.

2. The United States further moves the Court that the Indictment in this case shall remain **sealed** until further written Order of this Court, except that the Clerk's Office shall provide two certified copies of the Indictment to the United States Attorney for the Northern District of Florida, two certified copies to the United States Marshal for the Northern District of Florida, and one certified copy to the United States Probation Office for the Northern District of Florida.

RCVD USDC FLND PN
NOV 18 '25 PM 12:48

WHEREFORE, in order to arrest the Defendant before the Indictment is made available to the public, it is respectfully requested that the Court order the sealing of the Indictment returned in this case.

Respectfully submitted,

JOHN P. HEEKIN
United States Attorney

*/s/ Meredith L. Steer*
MEREDITH L. STEER
Assistant United States Attorney
Northern District of Florida
South Carolina Bar No. 105392
111 North Adams Street, Fourth Floor
Tallahassee, FL 32301
(850) 942-8430
meredith.Steer@usdoj.gov

## ORDER

The Government's Motion is granted.

DONE AND ORDERED this 18th day of November, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

2