# U.S. District Court
## Southern District of Ohio (Columbus)
### CRIMINAL DOCKET FOR CASE #: 2:26−mj−00053−KAJ All Defendants

Case title: USA v. Witryk

Date Filed: 02/03/2026

Other court case number: 3:25−cr−196 USDC Northern District of Florida

Assigned to: Magistrate Judge Kimberly A. Jolson

**Defendant (1)**

**Devon Mae Witryk** represented by **Rosana E. Brown**
Federal Public Defender
Southern District of Ohio
10 W. Broad St., Ste. 1020
Columbus, OH 43215
614−469−2999
Fax: 614−469−5999
Email: rosie_brown@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| 18:7.F | |

**Plaintiff**

| | |
|---|---|
| USA | represented by **Kevin W Kelley**<br>United States Attorney<br>303 Marconi Boulevard<br>Suite 200<br>Columbus, OH 43215<br>614–469–5715<br>Email: kevin.kelley@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

Email All Attorneys

| Date Filed | # | Docket Text |
|---|---|---|
| 02/03/2026 | | Arrest (Rule 40) of Devon Mae Witryk (jr) (Entered: 02/03/2026) |
| 02/03/2026 | 1 | Rule 5(c)(3) Documents Received as to Devon Mae Witryk (Attachments: # 1 Arrest Warrant) (jr) (Entered: 02/03/2026) |
| 02/03/2026 | 2 | Minute Entry for proceedings held before Magistrate Judge Kimberly A. Jolson: Initial Appearance in Rule 5(c)(3) Proceedings as to Devon Mae Witryk held on 2/3/2026 (Recorded By: CourtSmart) (jr) (Entered: 02/03/2026) |
| 02/03/2026 | 3 | CJA 23 Financial Affidavit by Devon Mae Witryk. (jr) (Entered: 02/03/2026) |
| 02/03/2026 | 4 | ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER Rosana E. Brown for Devon Mae Witryk. Signed by Magistrate Judge Kimberly A. Jolson on 2/3/26. (jr) (Entered: 02/03/2026) |
| 02/03/2026 | 5 | WAIVER of Rule 5 Hearing by Devon Mae Witryk (jr) (Entered: 02/03/2026) |
| 02/03/2026 | 6 | ORDER Setting Conditions of Release as to Devon Mae Witryk (1) OR bond. Signed by Magistrate Judge Kimberly A. Jolson on 2/3/26. (jr) (Entered: 02/03/2026) |
| 02/03/2026 | 7 | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Devon Mae Witryk. Defendant to appear in Northern District of Florida. Signed by Magistrate Judge Kimberly A. Jolson on 2/3/26. (jr) (Entered: 02/03/2026) |

United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                              Case No. 2:26-mj-53

Devon Mae Witryk

COURTROOM MINUTES
Initial Appearance

| U.S. Magistrate Judge Kimberly A. Jolson | | Date:   February 3, 2026 @ 1:30 pm | |
|---|---|---|---|
| Deputy Clerk | Jessica Rector | Counsel for Govt: | Kevin Kelley |
| Court Reporter | CourtSmart | Counsel for Deft(s): | Rosie Brown |
| Interpreter | | Pretrial/Probation: | Tiara Turner |
| Log In | 1:28 pm | Log Out | 1:35 pm |

Defendant waives identity hearing.

Defendant advised of rights, charges, and penalties.

Defendant requested, qualified for & will be appointed counsel.

Government agrees to conditions of release.

Order setting conditions of release issued.

Government reminded of their obligation under the Due Process Protections Act.

# UNITED STATES DISTRICT COURT
for the
___Southern District of Ohio___

| | |
|---|---|
| United States of America<br>v.<br><br>Devon Mae Witryk<br>*Defendant* | )<br>)  Case No.  2:25-mj-53<br>)<br>)<br>)  Charging District's Case No.   3:25-cr-196<br>) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*  Northern District of Florida Pensacola.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

[✓] an identity hearing and production of the warrant.

[✓] a preliminary hearing.

[ ] a detention hearing.

[ ] an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
[ ] preliminary hearing and/or [ ] detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 2/3/26

*Defendant's signature*

*Signature of defendant's attorney*

Rosana Brown
*Printed name of defendant's attorney*

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio at Columbus

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:26-mj-53 |
| ) | |
| Devon Mae Witryk ) | Charging District: Northern District of Florida |
| *Defendant* ) | Charging District's Case No. 3:25-cr-196 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | United States Courthouse<br>One North Palafox Street<br>Pensacola, FL 32502 | Courtroom No.: |
|---|---|---|
| | | Date and Time: 2/12/2026 11:00 AM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 2/3/2026

/s/ Kimberly A. Jolson
*Judge's signature*

Kimberly A. Jolson, United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

DEVON MAE WITRYK

_____/

SEALED
INDICTMENT

3:25cr196-mcr

THE GRAND JURY CHARGES:

COUNT ONE

Between on or about November 16, 2022, and on or about June 30, 2023, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Eglin Air Force Base, Florida, the defendant,

**DEVON MAE WITRYK,**

did willfully and by culpable negligence, while a caregiver to a child under eighteen (18) years of age, fail and omit to provide that minor child with care, supervision and services necessary to maintain the minor child's physical and mental health.

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits, Clerk of Court

By _____
Deputy Clerk

Returned in open court pursuant to Rule 6(f)

11/18/2025
Date

_____
United States Magistrate Judge

In violation of Section 827.03(2)(d), Florida Statutes, and Title 18, United States Code, Sections 7 and 13.

A TRUE BILL:



DATE 11/18/2025

JOHN P. HEEKIN
United States Attorney

MEREDITH L. STEER
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v.                                                          Case No. 3:25-cr-00196-MCR

DEVON MAE WITRYK

**WARRANT FOR ARREST**

TO:  The United States Marshal
     and any Authorized United States Officer

REC'D-USMS-PEN, FL
19 NOV '25 PM 1:33

YOU ARE HEREBY COMMANDED to arrest  **DEVON MAE WITRYK**
                                                                                Name

and bring him forthwith to the nearest magistrate to answer a

**SEALED Indictment**

charging him or her with:
Count 1: NEGLECT OF A CHILD (WITHOUT GREAT BODILY HARM, PERMANENT DISABILITY OR PERMANENT DISFIGUREMENT)

in violation of Title 18, United States Code, Sections 7 and 13

| | |
|---|---|
| Jessica J. Lyublanovits | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| *Barbara Rogers* (signature) | November 18, 2025   PENSACOLA |
| Deputy Clerk: Barbara Rogers | Date                Location |

Bail fixed at     $ Bail Reform Act
And/or in accordance with Comprehensive         by   Zachary C. Bolitho
Crime Control Act of 1984                                        Name of Judicial Officer

**RETURN**
This warrant was received and executed with the arrest of the above-named defendant at:

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 10/16) Warrant for Arrest